In the Matter of RICHARD GRETZINGER, Appellant, on Behalf of Himself and 17 Other Candidates for the Post of Republican Committeemen, Town of Greece, v. ROBERT T. NORTHRUP et al., Constituting the Board of Elections of Monroe County, et al., Respondents.— Order unanimously affirmed, without costs. Memorandum: Section 426 of the Election Law does not prohibit respondents-candidates from seeking election as members of a party committee. We pass upon no other question. (Order entered June 16, 1970.) (Appeal from order of Monroe Special Term dismissing petition in action to invalidate designation of candidates.) Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

In the Matter of JOHN H. TERRY, Appellant, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, and CLARENCE KADYS, Respondents.— Order unanimously affirmed, without costs. (Order entered June 16, 1970.) (Appeal from order of Onondaga Special Term dismissing petition under Election Law, art. 14.) Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.

KIMBERLY-CLARK CORP., Appellant, v. POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents.— Motion for an order requiring appellant to comply with CPLR 5528 (subd. 5) and 5529 (subd. 3, pars. [c], [d]) and rule 6 of the rules of this court (22 NYCRR 1000.6) governing the form and content of an appendix on appeal denied with leave to renew the motion on the argument of the appeal. Memorandum: Respondent Power Authority contends that the appendix is inadequate in that it fails to contain certain portions of the original testimony vital to its case, a full index of all respondent's exhibits and those portions of the original transcript wherein respondent's exhibits were described, identified and received in evidence. Respondent, pursuant to the provisions of CPLR 5528 (subd. [b]), should prepare its own supplemental appendix containing those additional parts of the record which it deems vital and necessary to a consideration of the questions involved. The ultimate determination of who shall be responsible for the costs of this supplemental appendix should be made when the appeal is decided on the merits. (CPLR 5528, subd. [e].) All other questions including whether the record has been distorted or rendered unintelligible by reason of the arrangement of witnesses in alphabetical order should also be reserved until the appeal is decided. (Order entered June 17, 1970).